# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 04-37550 RG | Trustee: | (330380) JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | G & M PLUMBING, INC. | Filed (f) or Converted (c): | 10/08/04 (f) |
|  | DBA GANDM PLUMBING INC | §341(a) Meeting Date: | 11/08/04 |
| Period Ending: | 01/10/08 | Claims Bar Date: | 03/14/05 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | checking account - 5th/3rd Bank | 7.00 | 7.00 | DA | 0.00 | FA |
| 2 | office equipment | 1,500.00 | 1,500.00 | DA | 0.00 | FA |
| 3 | fixtures and supplies | 75,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | acct. rec. - Added Sales | 240.00 | 240.00 | DA | 0.00 | FA |
| 5 | acct. rec. - Alden Horizon Ltd. | 55,245.07 | 55,245.07 | DA | 0.00 | FA |
| 6 | acct. rec. - Amsco Engr., Inc. | 2,642.20 | 2,642.20 | DA | 0.00 | FA |
| 7 | acct. rec. - Barnes Pumps | 656.00 | 656.00 | DA | 0.00 | FA |
| 8 | acct. rec. - Bloomingdale Lake St. LLC | 14,745.62 | 14,745.62 | DA | 0.00 | FA |
| 9 | acct. rec. - Centex Homes | 154,165.94 | 154,165.94 | DA | 0.00 | FA |
| 10 | acct. rec. - Cambridge Homes | 249,487.06 | 249,487.06 | DA | 0.00 | FA |
| 11 | acct. rec. - Fairfielf Village, LLC | 1,785.00 | 1,785.00 | DA | 0.00 | FA |
| 12 | acct. rec. - Grand Point Homes | 57,896.12 | 57,896.12 | DA | 0.00 | FA |
| 13 | acct. rec. - Hart, Milligan & Travers | 2,404.40 | 2,404.40 | DA | 0.00 | FA |
| 14 | acct. rec. - Henry Bros. Co. | 321.00 | 321.00 | DA | 0.00 | FA |
| 15 | acct. rec. - Hico Flex Brass Co. | 300.00 | 300.00 | DA | 0.00 | FA |
| 16 | acct. rec. - In-Sink Erator | 1,241.00 | 1,241.00 | DA | 0.00 | FA |
| 17 | acct. rec. - Kajima Construction Services | 64,470.52 | 64,470.52 |  | 8,404.63 | FA |

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 04-37550 RG  
**Case Name:** G & M PLUMBING, INC.  
DBA GANDM PLUMBING INC  
**Period Ending:** 01/10/08  

**Trustee:** (330380)   JOSEPH R. VOILAND  
**Filed (f) or Converted (c):** 10/08/04 (f)  
**§341(a) Meeting Date:** 11/08/04  
**Claims Bar Date:** 03/14/05  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 18 | acct. rec. - Kohler Co. | 1,323.00 | 1,323.00 | DA | 0.00 | FA |
| 19 | acct. rec. - McNaugh | 1,013.87 | 1,013.87 | DA | 0.00 | FA |
| 20 | acct. rec. - Millenia, Inc. | 36,706.00 | 36,706.00 | DA | 0.00 | FA |
| 21 | acct. rec. - Barry J. Miller | 16,423.00 | 16,423.00 | DA | 0.00 | FA |
| 22 | acct. rec. - Moen Inc. | 994.94 | 994.94 | DA | 0.00 | FA |
| 23 | acct. rec. - Montalbano Builders, Inc. | 768,612.32 | 768,612.32 | DA | 0.00 | FA |
| 24 | acct. rec. - Northwest Contractors, Inc. | 25,314.70 | 25,314.70 | DA | 0.00 | FA |
| 25 | acct. rec. Power construction Co. LLC | 51,372.00 | 51,372.00 | DA | 0.00 | FA |
| 26 | acct. rec. - Powers Enterprises | 2,707.00 | 2,707.00 | DA | 0.00 | FA |
| 27 | acct. rec. Powers Regulator | 215.58 | 215.58 | DA | 0.00 | FA |
| 28 | acct. rec. - Rheem Water Heaters | 300.00 | 300.00 | DA | 0.00 | FA |
| 29 | acct. rec. - System 27 Corp. | 5,948.00 | 5,948.00 | DA | 0.00 | FA |
| 30 | acct. rec. - Trapani Construction Co. | 2,365.00 | 2,365.00 | DA | 0.00 | FA |
| 31 | acct. rec. - West Point Builders | 69,806.00 | 69,806.00 | DA | 0.00 | FA |
| 32 | 1997 Chevy G-30 | Unknown | Unknown | DA | 0.00 | FA |
| 33 | 1998 Chevy G-30 Van | Unknown | Unknown | DA | 0.00 | FA |
| 34 | 1996 Chevy G-30 Van | Unknown | Unknown | DA | 50.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 04-37550 RG  
**Case Name:** G & M PLUMBING, INC.  
DBA GANDM PLUMBING INC  
**Period Ending:** 01/10/08

**Trustee:** (330380)   JOSEPH R. VOILAND  
**Filed (f) or Converted (c):** 10/08/04 (f)  
**§341(a) Meeting Date:** 11/08/04  
**Claims Bar Date:** 03/14/05

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 35 | 1997 Chevy C-2500 | Unknown | Unknown | DA | 0.00 | FA |
| 36 | 1995 Ford F-150 | Unknown | Unknown | DA | 0.00 | FA |
| 37 | 1995 Chevy G-30 Van | Unknown | Unknown | | 50.00 | FA |
| 38 | 1999 Ford Ranger | Unknown | Unknown | DA | 0.00 | FA |
| 39 | 1999 Chevy G-20 Van | Unknown | Unknown | DA | 0.00 | FA |
| 40 | 2000 Chevy G-20 Van | Unknown | Unknown | DA | 0.00 | FA |
| 41 | 2000 Chevy G-10 Van | Unknown | Unknown | DA | 0.00 | FA |
| 42 | 11 job site work trailers | Unknown | Unknown | DA | 0.00 | FA |
| 43 | cash - proceeds from prepetition sale of trucks  (u) | 2,400.00 | 2,400.00 | | 2,400.00 | FA |
| 44 | insurance premium rfd Ft. Dearborn  (u) | 21.75 | 21.75 | | 21.75 | FA |
| 45 | acct rec - Kensington Court  (u) | 1,502.00 | 1,502.00 | | 1,502.00 | FA |
| 46 | ins. prem. rfd BCBS  (u) | 690.24 | 690.24 | | 690.24 | 0.00 |
| 47 | ins. prem rfd - Country Insurance  (u) | 1,518.25 | 1,518.25 | | 1,518.25 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 246.56 | Unknown |
| 48 | **Assets** Totals (Excluding unknown values) | **$1,671,340.58** | **$1,596,340.58** | | **$14,883.43** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee seeks to abandon Asset Nos. 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 35, 36, 38,

Page: 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 04-37550 RG | Trustee: | (330380) JOSEPH R. VOILAND |
| Case Name: | G & M PLUMBING, INC. DBA GANDM PLUMBING INC | Filed (f) or Converted (c): | 10/08/04 (f) |
| | | §341(a) Meeting Date: | 11/08/04 |
| Period Ending: | 01/10/08 | Claims Bar Date: | 03/14/05 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) abandon. DA=§554(c) abandon. | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

39, 40, 41 & 42  because said assets are of inconsequential value to Debtor's estate due to Debtor's valid claim of exemption and/or duly perfected liens in said assets.

**Initial Projected Date Of Final Report (TFR):**  June 30, 2006      **Current Projected Date Of Final Report (TFR):**  June 30, 2007