**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| G & M PLUMBING, INC. | ) | |
| DBA GANDM PLUMBING INC | ) | CASE NO. 04-37550 |
| | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

>   At:   U.S. BANKRUPTCY COURT
>         Kane County Courthouse
>         100 S. 3rd Street, Room 140
>         Geneva, IL  60134
>
>   on:   **February 21, 2008**
>   at:   **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                                $          14,876.37

   b. Disbursements                           $           1,000.00

   c. Net Cash Available for Distribution     $          13,876.37

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JOSEPH R. VOILAND Trustee | $ | $   2,237.64 | $ |
| JOSEPH R. VOILAND Trustee | $ | $ | $   974.13 |

5.  In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $206,224.03 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend for 507 (a)(3) wage claims is anticipated to be 100.00%. The priority dividend for 507(a)(4) employee benefit fund claims is anticipated to be 4.19%. The anticipated distribution is as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 13 | Plumbers Local 422 Fringe Benefit Funds (employee benefit fund claim) | $ 56,261.62 | $ 2,355.27 |
| 14 | Plumbers Local 422 Fringe Benefit Funds (employee benefit fund claim) | $ 147,842.16 | $ 6,189.08 |
| 22 | Howard Schou (wage Claim) | $ 2,120.25 | $ 2,120.25 |

6.  Claims of general unsecured creditors totaling $1,804,411.24, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $0.00%.

7.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.  Debtor has not been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

    Checking Account ($5^{th}/3^{rd}$ Bank) - $7.00; Office Equipment - $1,500.00; Fixtures and Supplies - $75,000.00; Acct. Rec. (Added Sales) - $240.00; Acct. Rec. (Alden Horizon, Ltd.) - $55,245.07; Acct. Rec. (Amsco Engr., Inc.) - $2,642.20; Acct. Rec. (Barnes Pumps) - $656.00; Acct. Rec. (Bloomingdale Lake St. LLC) - $14,745.62; Acct. Rec. – (Centex Homes) - $154,165.94; Acct. Rec. ( Cambridge Homes) - $249,487.06; Acct. Rec. (Fairfield Village, LLC) - $1,785.00; Acct. Rec. (Grand Point Homes) – $57,896.12; Acct. Rec. (Hard, Milligan & Travers - $2,404.40; Acct. Rec. (Henry Bros. Co.) - $321.00; Acct. Rec. (Hico Flex Brass Co.) - $300.00; Acct. Rec. (In-Sink Erator) - $1,241.00; Acct. Rec. (Kohler Co.) - $1,323.00; Acct. Rec. (McNaugh) – $1,013.87; Acct. Rec. (Millenia, Inc.) - $36,706.00; Acct. Rec. ( Barry J. Miller) – $16,423.00; Acct. Rec. (Moen, Inc.) - $994.94; Acct. Rec. (Montalbano Builders, Inc.) – $786,612.32; Acct. Rec. (Northwest Contractors, Inc.) - $25,314.70; Acct. Rec. (Power Construction Co., LLC) - $51,372.00; Acct. Rec. (Powers Enterprises) - $2,707.00; Acct. Rec. (Powers Regulator) - $215.58; Acct. Rec. (Rheem Water Heaters) – $300.00; Acct. Rec. (System 27 Corp.) - $5,948.00; Acct. Rec. (Trapani Construction

Co.) - $2,365.00; Acct. Rec. (West Point Builders) - $69,806.00; 1997 Chevy G-30 – Unknown; 1998 Chevy G-30 Van – Unknown; 1997 Chevy C-2500 – Unknown; 1995 Ford F-150 – Unknown; 1995 Chevy G-30 Van – Unknown; 1999 Ford Ranger – Unknown; 1999 G-20 Van – Unknown; 2000 Chevy G-20 Van – Unknown; 2000 Chevy G-10 Van – Unknown; 11 Job Site Work Trailers – Unknown.

The Trustee seeks abandonment of said assets because they are subject to Debtor's valid claim of exemption and/or a duly perfected lien and are of inconsequential value to the estate.

Dated:  **January 18, 2008**                                    For the Court,

                                                    By:  **KENNETH S. GARDNER**
                                                            Kenneth S. Gardner
                                                            Clerk of the United States Bankruptcy Court
                                                            219 S. Dearborn Street, 7th Floor
                                                            Chicago, IL  60604