**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

IN RE:                                    )        CHAPTER 7 CASE
G & M PLUMBING, INC.                      )
DBA GANDM PLUMBING INC                    )        CASE NO. 04-37550
                                          )
                                          )        JUDGE MANUEL BARBOSA
Debtor(s)                                 )

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON**
**APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT**
**OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.      NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a
Trustee's Final Report and final applications for compensation.  A hearing will be held.

                At:     U.S. BANKRUPTCY COURT
                        Kane County Courthouse
                        100 S. 3rd Street, Room 140
                        Geneva, IL  60134

                on:     **February 21, 2008**
                at:     **10:00 a.m.**

2.      The hearing will be held for the purpose of ruling on any objections to the Final Report,
ruling on applications for compensation and expenses and any objections to the pending
applications and transacting such other business as may be properly notices before the
Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT
IS NOT REQUIRED.

3.      The Trustee's Final Report shows total:

        a. Receipts                                $_____14,876.37

        b. Disbursements                           $_____1,000.00

        c. Net Cash Available for Distribution     $_____13,876.37

4.      Applications for administration fees and expenses have been filed as follows:

| Applicant | | Compensation Previously Paid | Fees Now Requested | | Expenses |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND Trustee | $ | $ | 2,237.64 | $ | |
| JOSEPH R. VOILAND Trustee | $ | $ | | $ | 974.13 |

5.      In addition to the fees and expenses of administration listed above as may be allowed by
        the Court, priority claims totaling $206,224.03 must be paid in full for there to be any
        dividend to general unsecured creditors.  The priority dividend for 507 (a)(3) wage claims
        is anticipated to be 100.00%.  The priority dividend for 507(a)(4) employee benefit fund
        claims is anticipated to be 4.19%.  The anticipated distribution is as follows:

| Claim Number | Claimant | | Allowed Amount of Claim | | Proposed Payment |
|---|---|---|---|---|---|
| 13 | Plumbers Local 422 Fringe Benefit Funds (employee benefit fund claim) | $ | 56,261.62 | $ | 2,355.27 |
| 14 | Plumbers Local 422 Fringe Benefit Funds (employee benefit fund claim) | $ | 147,842.16 | $ | 6,189.08 |
| 22 | Howard Schou (wage Claim) | $ | 2,120.25 | $ | 2,120.25 |

6.      Claims of general unsecured creditors totaling $1,804,411.24, have been allowed and will
        be paid *pro rata* only after all allowed administrative and priority claims have been paid
        in full.  The general unsecured dividend is anticipated to be $0.00%.

7.      Proposed dividends are approximations.  Actual dividends may differ due to interest
        accrual, fee reductions, or as ordered by the Court.

8.      The Trustee's Final Report and all applications for compensation are available for
        inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal
        Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois  60604, or may be
        viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the
        Court will act on the fee application(s) and the Trustee may pay dividends pursuant to
        Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.      Debtor has not been discharged.

10.     The Trustee proposed to abandon the following property at the hearing:

        Checking Account (5th/3rd Bank) - $7.00; Office Equipment - $1,500.00; Fixtures and
        Supplies - $75,000.00; Acct. Rec. (Added Sales) - $240.00; Acct. Rec. (Alden Horizon,
        Ltd.) - $55,245.07; Acct. Rec. (Amsco Engr., Inc.) - $2,642.20; Acct. Rec. (Barnes
        Pumps) - $656.00; Acct. Rec. (Bloomingdale Lake St. LLC) - $14,745.62; Acct. Rec. –
        (Centex Homes) - $154,165.94; Acct. Rec. ( Cambridge Homes) - $249,487.06;
        Acct. Rec. (Fairfield Village, LLC) - $1,785.00; Acct. Rec. (Grand Point Homes) –
        $57,896.12; Acct. Rec. (Hard, Milligan & Travers - $2,404.40; Acct. Rec. (Henry Bros.
        Co.) - $321.00; Acct. Rec. (Hico Flex Brass Co.) - $300.00; Acct. Rec. (In-Sink
        Erator) - $1,241.00; Acct. Rec. (Kohler Co.) - $1,323.00; Acct. Rec. (McNaugh) –
        $1,013.87; Acct. Rec. (Millenia, Inc.) - $36,706.00; Acct. Rec. ( Barry J. Miller) –
        $16,423.00; Acct. Rec. (Moen, Inc.) - $994.94; Acct. Rec. (Montalbano Builders, Inc.) –
        $786,612.32; Acct. Rec. (Northwest Contractors, Inc.) - $25,314.70; Acct. Rec. (Power
        Construction Co., LLC) - $51,372.00; Acct. Rec. (Powers Enterprises) - $2,707.00;
        Acct. Rec. (Powers Regulator) - $215.58; Acct. Rec. (Rheem Water Heaters) –
        $300.00; Acct. Rec. (System 27 Corp.) - $5,948.00; Acct. Rec. (Trapani Construction

Co.) - $2,365.00; Acct. Rec. (West Point Builders) - $69,806.00; 1997 Chevy G-30 –
Unknown; 1998 Chevy G-30 Van – Unknown; 1997 Chevy C-2500 – Unknown;
1995 Ford F-150 – Unknown; 1995 Chevy G-30 Van – Unknown; 1999 Ford Ranger –
Unknown; 1999 G-20 Van – Unknown; 2000 Chevy G-20 Van – Unknown; 2000
Chevy G-10 Van – Unknown; 11 Job Site Work Trailers – Unknown.

The Trustee seeks abandonment of said assets because they are subject to Debtor's
valid claim of exemption and/or a duly perfected lien and are of inconsequential
value to the estate.

Dated:   **January 18, 2008**               For the Court,

By:   **KENNETH S. GARDNER**
            Kenneth S. Gardner
            Clerk of the United States Bankruptcy Court
            219 S. Dearborn Street, 7th Floor
            Chicago, IL  60604

# CERTIFICATE OF SERVICE

```
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

District/off: 0752-1          User: amcc7              Page 1 of 3             Date Rcvd: Jan 18, 2008
Case: 04-37550               Form ID: pdf002          Total Served: 116

The following entities were served by first class mail on Jan 20, 2008.
db           +G&M Plumbing Inc,    1412 C Suzy Street,    @ Gregory Hologa II,    Sandwich, IL 60548-9324
aty          +John S Biallas,    John S. Biallas, Attorney At Law,    3N918 Sunrise Lane,
              St Charles, IL 60174-5081
tr           +Joseph Voiland,    Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
8566197      +ABC Auto Glass,    916 N. Deer Avenue,    Palatine, IL 60067-1805
8566187       ADT Security Services,    P.O. Box 371967,    Pittsburgh, PA  15250-7967,    01300-113019522
8566260       AFLAC,    1932 Wynnton Road,    Columbus, GA  31999-0797,    HS 808
8566199       AFMS - Jiffy Lube,    P.O. Box 1610,    Ellicott City, MD  21041-1610
8566235       Advanta Bank Corp.,    Advanta Bank Corp Bankruptcy,    Welsh & McKean Roads,    PO Box 844,
              Spring House, PA 19477-0844
8566201      +Alfonso Sblendorio,    1231 N. Marion,    Oak Park, IL 60302-1253
8566212       American Express,    P.O. Box 650448,    Dallas, TX  75265-0448,    3732-714618-01009
8840744       American Express Bank, FSB,    c/o Becket and Lee, LLP,    P.O. Box 3001,    Malvern, PA 19355-0701
8566265      +Ansercall 24,    651 W. TerraCotta Ave.,    Ste 110,    Crystal Lake, IL 60014-3401
8566246      +Auburn Supply Co.,    3850 West 167th Street,    Markham, IL 60428-5306
8566196       BP Amoco,    P.O. Box 9076,    Des Moines, IA  50368-9076,    595-100-883-7
8566228       Bank One,    Cardmember Services,    P.O. Box 15153,    Wilmington, DE  19886-5153,
              4246-3119-7320-7852
8566217       Barnett,    P.O. Box 404295,    Atlanta, GA  30384-4295,    448660
8566198      +Benedict Construction, Inc.,    510 Elm,    Elmhurst, IL 60126-1839
8566259      +Blue Cross/Blue Shield,    P.O. Box 1186,    Chicago, IL  60690-1186,    14052-7186
8566204      +Boughton Trucking & Mat'l,    11746 S. Naperville-Plainfield Rd,    Plainfield, IL 60585-9490
8566193      +Brock Tool Company,    1475 Louis Avenue,    Elk Grove Village, IL 60007-2393,    118808
8566244       Builders Plumbing & Heat'g,    135 S. LaSalle, Dept. 4455,    Chicago, IL  60674-4455
8566218       Capital One, F.S.B.,    P.O. Box 34631,    Seattle, WA  98124-1631,    4802-1317-1694-0171
8566253      +Chicago Journeyman #130,    1340 W. Washington Blvd.,    Chicago, IL 60607-1980
8689932      +Citicorp Vendor Finance Inc,    fka Copelco Capital,    Attn Katie Carter,    1800 Overcenter Drive,
              Moberly, MO 65270-9466
8566233       Citicorp Vendor Finance, Inc.,    P.O. Box 7247-0322,    Philadelphia, PA  19170-0322,    3505991
8566232      +Columbia Pipe & Supply Co.,    1209 Paysphere Circle,    Chicago, IL 60674-0012,    212927
8566210       ContrAcct Systems Corp.,    2089 North Washington St.,    Naperville, IL  60540-4514
8566213       Country Mutual Insurance,    P.O. Box 2100,    Bloomington, IL  61702-2100
8566262       Country Trust Bank,    1705 N. Towanda Ave.,    Bloomington, IL 61701-2040
8566276      +DON RAY LEASING,    @ OBRIEN LAW OFFICE,    301 S. COUNTY FARM RD,    WHEATON, IL 60187-4523
9055704      +DRH Cambridge Homes Inc,    c/o Colleen E McManus Esq,    Piper Rudnick LLP,
              203 N LaSalle Street Suite 1900,    Chicago, IL 60601-1263
8566183       Dell Financial Services,    P.O. Box 5292,    Carol Stream, IL 60197-5292,    003-6424523-002
8566191      +Elburn Rental & Sales,    ON 785 Rte. 47,    Elburn, IL  60119,    G130
8882871      +Ferguson Enterprises Inc,    140 S Mitchell Ct,    Addison, IL 60101-1427
8566248      +Ferguson Enterprises Inc,    4558 Collections Center Drive,    Chicago, IL 60693-0045,    6643
8566249      +Ferguson Enterprises,Inc.,    4250 McFarland Road,    Loves Park, IL 61111-4406,    7507
8566182      +Fifth Third Bank,    Attn:  L. Judson Todhunter, esq.,    Defrees & Fiske LLC,
              200 S Michigan Avenue, Suite 1100,    Chicago IL 60604-2480
8566226      +First Bankcard,    P.O. Box 2814,    Omaha, NE  68103-2814,    4418-2292-6745-6039
8566225       First Bankcard,    P.O. Box 2814,    Omaha, NE  68103-2814,    4418-2292-3902-4725
8566224       First Bankcard,    P.O. Box 2814,    Omaha, NE  68103-2814,    4418-2292-2257-4884
8566186      +Fort Dearborn Life Insurance,    36788 Eagle Way,    Chicago, IL 60678-0001,    FP14052
9057341      +G&M Plumbing Inc,    c/o Gregory Hologa II,    1412 C Suzy Street,    Sandwich, IL 60548-9324
8566222       G.W. Berkheimer Co., Inc.,    PO Box 1247,    Portage, IN  46368-9047
8566178       GMAC,    P.O. Box 9001951,    Louisville, KY  40290-1951,    (154-9003-60942)
8566180       GMAC,    P.O. Box 9001951,    Louisville, KY  40290-1951,    (024-9052-41275)
8566237       GMAC,    P.O. Box 9001951,    Louisville, KY  40290-1951,    154-9028-24831
8566234       GMAC,    P.O. Box 9001951,    Louisville, KY  40290-1951,    154-9042-43479
8566179       GMAC,    P.O. Box 9001951,    Louisville, KY  40290-1951,    (154-9008-37072)
8566219       HILTI,    P.O. Box 382002,    Pittsburgh, PA  15250-8002,    16290
8566242       Harris Bank,    P.O. Box 6201,    Carol Stream, IL  60197-6201,    000000990875755
8566192      +Highland Towing, Inc.,    9356 Franklin Avenue,    Franklin Park, IL 60131-2831,    0203550
8566202      +Holian Insulation Company,    7504 Meyer Road,    Spring Grove, IL 60081-9359
8566185       Home Depot Credit Services,    P.O. Box 6029, Dept. 32,    The Lakes, NV  88901-6029,
              6035-3220-0355-4916
8566273      +Howard Schou,    1420 Deerfield,    Princeton, Il 61356-2830
8566200      +Hughes Network Systems,    P.O. Box 96874,    Chicago, IL 60693-0001,    Q60327
8566275      +ILLINOIS DEPT OF REVENUE,    101 W. JEFFERSON,    SPRINGFIELD, IL 62702-5074
8566274      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
              (address filed with court:  INTERNAL REVENUE SERVICE,    PO BOX 745,    DISTRICT DIRECTOR,
              CHICAGO, IL 60690)
8566261       Illinois State Toll Hwy. Auth.,    135 S. LaSalle,    Dept. 8021,    Chicago, IL  60674-8021,
              VN 0400154306
8566184      +Industrial Ladder & Supply,    245 E. Adele Court,    Villa Park, IL 60181-1208,    G2011
8566238      +Inlad Truck & Van,    720 Annoreno Drive,    Addison, IL 60101-4316
8566265      +Jen Hologa,    1412-C Suzy Street,    Sandwich, IL 60548-9324
8566263      +Keith Pate,    1114 Windemere Lane,    Aurora, IL 60504-8943
8566194      +Konica Minolta Business,    P.O. Box 910679,    Dallas, TX  75391-0679,    145502
8566247      +L.W. Paul Supply Co.,    11120 S. Ridgeland Avenue,    Worth, IL 60482-1900,    7198
8566257      +Laborers' Pension & Welfare,    33367 Treasury Center,    Chicago, IL  60694-3300
8566256      +Laborers' Work Dues Fund,    Dept. 4334,    Carol Stream, IL 60122-0001
8566214      +Letke & Associates,    18225 Morris Ave.,    Homewood, IL 60430-2146
8689018      +M Cooper Supply Company,    Elizabeth A Bates,    Huck Bouma PC,    1755 S Naperville Road Suite 200,
              Wheaton, IL 60187-8144
8566245       M. Cooper Supply Co.,    231353 Momentum Place,    Chicago, IL  60689-5311,    1931
8566188      +MBNA America,    c/o Becket & Lee,    PO Box 3001,    Malvern, PA 19355-0701
```

```
District/off: 0752-1              User: amcc7              Page 2 of 3              Date Rcvd: Jan 18, 2008
Case: 04-37550                   Form ID: pdf002          Total Served: 116
```

```
8830895       MBNA America (Delaware), N.A.,   c/o Becket and Lee, LLP,   P.O. Box 3001,
              Malvern, PA 19355-0701
8566190      +MBNA-Platinum Plus/Bus.,   P.O. Box 15469,   Wilmington, DE 19850-5469,    5474-9756-0079-4621
8566189      +MBNA-Platinum Plus/Bus.,   P.O. Box 15469,   Wilmington, DE 19850-5469,    5474-9756-0079-4605
8566223       MCI,   P.O. Box 856053,   08642786641,   Louisville, KY 40285-6053
8566220       Marathon Ashland,   P.O. Box 740109,   Cincinnati, OH 45274-0109,   10-024-98-671
8848327       Marathon Ashland Petroleum LLC,   Attn Credit Card Ctr,   P O Box 81,   Findlay, OH 45839-0081
8566215      +Melissa Anne Maye,   602-C Center Parkway,   Yorkville, IL 60560-1499
8566231       Michael Wagner & Sons,   2321 S. Foster Avenue,   Wheeling, IL  60090-6510,   G+MP 50
8566264      +Mike Keafer,   50 N. Liberty Street,   Elgin, IL 60120-5710
8566205      +Munch's Supply Co., Inc.,   1901 Ferro Drive,   New Lenox, IL 60451-3505,   33779
8566195       NFIB - MBNA America,   P.O. Box 15288,   Wilmington, DE  19886-5288,   4264-2905-5943-0475
8566206      +Nextel Communications,   P.O. Box 4181,   Carol Stream, IL 60197-4181,   660300512
8864667       Nextel West Corporation,   Nextel Communications, Inc.,   Attn: Bankruptcy Department,
              Post Office Box 172408,   Denver, CO 80217-2408
8827683      +Northern IL Fringe Benefits Funds for,  Plumbers Local 422,
              c/o Donald D. Schwartz, Arnold & Kadjan,   19 West Jackson Blvd,   Chicago, IL 60604-3926
8827676      +Northern IL Fringe Benefits Funds for,   Plumbers Local 501,
              c/o Donald D. Schwartz, Arnold & Kadjan,   19 West Jackson Blvd,   Chicago, IL 60604-3926
8566258      +Northern Ill. Benefits (M),   4054 Payshere Circle,   Chicago, IL 60674-0040
8566255      +Northern Illinois Benefits,   4054 Payshere Circle,   Chicago, IL 60674-0040
8566241      +Old Second National Bank,   37 S. River Street,   Aurora, IL 60506-4172,   000003613767
8566240      +Old Second National Bank,   37 S. River Street,   Aurora, IL 60506-4172,   00003622065
8566203       Phillips 66,   Des Moines, IA  50368-9061
8566216       Pitney Bowes,   P.O. Box 856390,   Louisville, KY  40285-6390,   1627-1967-86-7
8566254      +Plumbers & Pipefitters #422,   50 West Jefferson,   Joliet, IL 60432-4400
8833099      +Plumbers Local 422 Fringe Benefit Funds,   Northern IL Fringe Benefit Funds,
              c/o Rachel S Marrello Arnold & Kadjan,   19 West Jackson,   Chicago, IL 60604-3926
8566230      +Prairie Materials,   P.O. Box 917,   1009699,   Bedford Park, IL 60499-0917
8566271      +Richard Rerych,   2817 Wedgewood Drive,   Naperville, IL 60565-4332
8566272      +Ricky Wilson,   328 E. Abe Street,   Plano, IL 60545-1313
8566227       SBC,   Bill Payment Center,   Chicago, IL  60663-0001,   630-556-9931-828-4
8566208       Shell Oil Company,   P.O. Box 9016,   Des Moines, IA  50368-9016,   650-049-422
8566250       Sterling Supply Co., Inc.,   4900 Lincoln Ave., Rte. 53,   Lisle, IL  60532-2197,   0000200
8566267      +Steven Alleman,   708 S. Dartmouth Lane,   Schaumburg, IL 60193-2525
8566229      +TCS Construction Services,   P.O. Box 113,   Wood Dale, IL 60191-0113
8566269      +Todd McKinney,   19355 Timber Drive,   Elwood, IL 60421-9461
8566270       Tyler Harper,   46 W 681 Dolly Drive,   Big Rock, IL  60511-9402
8566221      +UPS,   Lock Box 577,   Carol Stream, IL 60132-0001,   F3509X
8566207       Viking Office Products,   P.O. Box 30488,   Los Angeles, CA  90030-0488,   3616830
8566252      +Village of Sugar Grove,   10 Municipal Drive,   Sugar Grove, IL 60554-6901,   240000258-00
8566211       Wagner Direct,   532 RFD,   Long Grove, IL  60047,   G+MP 50
8566243       Waste Management,   P.O. Box 9001054,   Louisville, KY  40290-1054,   101-0041929-2011-6
8566209       Water One,   960 Muirfield Drive,   Hanover Park, IL  60133-5457,   2898
8566181      +Wells Fargo Bank NA,   BDD Bankruptcy,   PO Box 53476,   Phoenix, AZ 85072-3476
8566239      +William J Arendt & Assoc.,   William J Arendt Esq,   201 E Ogden Ave,   Suite 116,
              Hinsdale, IL 60521-3655
8566266      +William Saurerman,   85 W. King Arthur Court,   Palatine, IL 60067-2621
9044622      +Wm F Meyer Co,   Attorney Donald J Simantz,   Alschuler Simantz & Hem LLC,
              1961 West Downer Place,   Aurora, IL 60506-4384
8566251      +Wm. F. Meyer Company,   P.O. Box 37,   Aurora, IL 60507-0037,   1463
10922851      eCAST Settlement Corporation,   POB 35480,   Newark NJ 07193-5480
8566268      +ott Blankenship,   276 S. English Street,   Braidwood, IL 60408-1887
```

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: amcc7           Page 3 of 3           Date Rcvd: Jan 18, 2008
Case: 04-37550               Form ID: pdf002        Total Served: 116

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 20, 2008**                    **Signature:**