IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| G & M PLUMBING, INC. | |
| DBA GANDM PLUMBING INC | CASE NO. 04-37550 |
| | |
| | HONORABLE MANUEL BARBOSA |
| Debtor(s) | |

## ORDER APPROVING TRUSTEE'S FINAL ACCOUNT

The Trustee having filed his Final Account, and the Trustee having certified that the estate has been fully administered pursuant to FRBP 5009 and no objections having been field to the Final Account:

IT IS HEREBY ORDERED that the Final Account is approved, that the Trustee is discharged, and that the case shall be closed pursuant to 11 U.S.C. §350.

_____    _____
DATE                        UNITED STATES BANKRUPTCY JUDGE